MICHAEL BAILEY
United States Attorney
District of Arizona

KRISSA M. LANHAM
Arizona State Bar No. 035085
BRUCE R. VAN BAREN
Illinois State Bar No. 6310375
Assistant U.S. Attorney
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Krissa.Lanham@usdoj.gov
Email: Bruce.Van.Baren@usdoj.gov
*Attorneys for Respondent/Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Donald Hamilton,<br><br>    Movant/Defendant,<br><br>vs.<br><br>United States of America,<br><br>    Respondent/Plaintiff. | CV-20-01301-PHX-DJH (JFM)<br>and CR-14-00865-11-PHX-DJH<br><br>**NOTICE OF SERVICE** |

Pursuant to Paragraph (F) of the Court's August 21, 2020 Order (ECF 9), the United States files this notice that it served its written communication with David Eisenberg, Esq., trial counsel in the underlying criminal case, on Movant/Defendant Donald Hamilton.

Respectfully submitted this 30th day of September, 2020.

MICHAEL BAILEY
United States Attorney
District of Arizona

*s/ Bruce R. Van Baren*
KRISSA M. LANHAM
BRUCE R. VAN BAREN
Assistant United States Attorney

# CERTIFICATE OF SERVICE

I certify that on September 30, 2020, I electronically transmitted the foregoing to the Clerk's Office using the CM/ECF System for filing and mailed the foregoing by U.S. mail on the following individual, who is not a registered participant in the CM/ECF system:

Donald Hamilton
#71440-066
FORT DIX-NJ-FORT DIX-FCI
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 2000
FORT DIX, NJ 08640

By: *s/ Bruce R. Van Baren*
United States Attorney's Office

- 2 -